IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN M. SHAW<br><br>       *Plaintiff*<br><br>v.<br><br>VOORHEES TOWNSHIP<br>and<br>VOORHEES TOWNSHIP<br>POLICE DEPARTMENT<br>and<br>POLICE OFFICER<br>KEVIN BRANAGAN (#3490)<br>and<br>POLICE OFFICER<br>MICHAEL J. HAGNER (#34100)<br>and<br>JOHN DOE NOS. 1-10 (Fictitious Names)<br><br>       *Defendants* | NO. 1:18-CV-02117-NLH-KMW |

## CERTIFICATE OF SERVICE

    I, Theresa M. Miller, paralegal to Richard M. Wiener, Esquire, counsel for Plaintiff, hereby states that on February 15, 2018, a true and correct copy of the Complaint in this matter was served upon Defendant, Police Officer Kevin Branagan (#34900) via regular mail and certified mail, return receipt requested, c/o Voorhees Township Police Department at 1180 White Horse Road, Voorhees, NJ 08043, as evidenced by the attached true and correct copy of the transmittal letter.

    I verify that the statements made in this Certificate of Service are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Theresa M. Miller
**Printed Name**

*[signature]*

DATED: February 26, 2018



February 15, 2018

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**AND U.S. FIRST CLASS MAIL**

Police Officer Kevin Branagan (#3490)
c/o Voorhees Township
400 Voorhees Town Center
Voorhees, NJ  08043

        RE:    Sean M. Shaw vs. Voorhees Township., et al.
                  US District Court, District of New Jersey, Docket No.:  1:18-CV-02117

Dear Officer Branagan:

    Enclosed for service upon you, are the Summons in Civil Action; two (2) Notices of A Lawsuit and Request to Waive Service of a Summons, two (2) Waiver of the Service of Summons and a copy of the Complaint in regard to the above matter.

    If you agree to waive the Service of the Summons, kindly sign the Waiver of the Service of Summons and return to me in the enclosed self-addressed stamped envelope.

    If you do not agree to waive the Service of the Summons, please be advised of the following:

1. The Court can order you to pay the expense to serve the Summons; and

2. The Court can also order you to pay the reasonable expenses, including attorney's fees, of any motion required to collect these service expenses.

... tion Complaint enclosed within the time period prescribed

[Certified mail return receipt card – PS Form 3811, July 2015; Article Number 7017 0190 0000 5334 8013; signed by Rhonda Cein, Agent, Date of Delivery 2/20/18; delivery address 1180 White Horse Rd., Voorhees, NJ 08043]

...ENER, ESQUIRE
...shohocken, PA 19428
...enerlegal.com