IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SEAN M. SHAW

    *Plaintiff*

v.               NO. 1:18-CV-02117-NLH-KMW

VOORHEES TOWNSHIP
 and
VOORHEES TOWNSHIP
POLICE DEPARTMENT
 and
POLICE OFFICER
KEVIN BRANAGAN (#3490)
 and
POLICE OFFICER
MICHAEL J. HAGNER (#34100)
 and
JOHN DOE NOS. 1-10 (Fictitious Names)

    *Defendants*

## CERTIFICATE OF SERVICE

  I, Theresa M. Miller, paralegal to Richard M. Wiener, Esquire, counsel for Plaintiff, hereby states that on February 15, 2018, a true and correct copy of the Complaint in this matter was served upon Defendant, Police Officer Michael J. Hagner (#34100) via regular mail and certified mail, return receipt requested, c/o Voorhees Township Police Department at 1180 White Horse Road, Voorhees, NJ 08043, as evidenced by the attached true and correct copy of the transmittal letter.

  I verify that the statements made in this Certificate of Service are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.


Theresa M. Miller
**Printed Name**

*[signature]*        **DATED:**  February 26, 2018

Law Offices of
Richard M. Wiener, LLC

February 15, 2018

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**AND U.S. FIRST CLASS MAIL**

Police Officer Michael J. Hagner (#34100)
c/o Voorhees Township
400 Voorhees Town Center
Voorhees, NJ 08043

**RE: Sean M. Shaw vs. Voorhees Township., et al.**
**US District Court, District of New Jersey, Docket No.: 1:18-CV-02117**

Dear Officer Hagner:

Enclosed for service upon you, are the Summons in Civil Action; two (2) Notices of A Lawsuit and Request to Waive Service of a Summons, two (2) Waiver of the Service of Summons and a copy of the Complaint in regard to the above matter.

If you agree to waive the Service of the Summons, kindly sign the Waiver of the Service of Summons and return to me in the enclosed self-addressed stamped envelope.

If you do not agree to waive the Service of the Summons, please be advised of the following:

1. The Court can order you to pay the expense to serve the Summons; and

2. The Court can also order you to pay the reasonable expenses, including ... required to collect these service expenses.

... period prescribed

/s/ ... Wiener /s/
... ESQUIRE

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Police Officer Michael J. Hagner
c/o Voorhees Township (#34100)
400 Voorhees Town Center
Voorhees NJ 08043

9590 9402 2185 6193 5311 56

2. Article Number (Transfer from service label)
7017 0190 0000 5334 7986

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Rhonda Cain ☒ Agent ☐ Addressee

B. Received by (Printed Name): Rhonda Cain
C. Date of Delivery: 2/20/18

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No
1180 White Horse Rd.
Voorhees, NJ 08043

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt