

Law Offices of
**Richard M. Wiener, LLC**

May 4, 2018

***VIA ELECTRONIC FILING***

The Honorable Karen M. Williams
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      **Re:**    **Sean M. Shaw v. Voorhees Township, *et al.***
               **Civil Action No. 1:18-cv-02117-NLH-KMW**

Dear Magistrate Judge Williams:

      I represent the Plaintiff, Sean M. Shaw in this case which is set for a Scheduling Conference before Your Honor on May 31, 2018 at 3:30 p.m. That same day, I am scheduled to be in Harrisburg, PA for an all-day mediation in a civil case pending in the U.S. District Court for the Eastern District of Pennsylvania. That mediation has been on my calendar for several months and, due to a July arbitration date in that case, cannot readily be re-scheduled. Therefore, I hereby respectfully request that the May 31st Scheduling Conference be re-scheduled to another day. Defendants' attorney in this case, Eric J. Riso, Esq., has informed me he has no objection to this requested adjournment.

      Thank you for your consideration of this matter.

                           Respectfully,

                           Richard M. Wiener, Esq.

cc:  Eric J. Riso, Esq. *(via electronic filing)*