

## Law Offices of Richard M. Wiener, LLC

July 2, 2018

***VIA ELECTRONIC FILING***

The Honorable Karen M. Williams
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    Sean M. Shaw v. Voorhees Township, *et al.*
             Civil Action No. 1:18-cv-02117-NLH-KMW

Dear Magistrate Judge Williams:

      As you know, I represent the Plaintiff, Sean M. Shaw in this case. Pursuant to the Court's Scheduling Order of June 13, 2018 and L. Civ. R. 26.1(b)(2) and 26.1(d), I have conferred with defense counsel, Eric J. Riso, Esq. concerning the discovery of digital information in this matter. Based on that conference, it appears at this time there is no computer-based or other digital information in this case other than those items identified by the parties in their respective Rule 26 Initial Disclosures.

      Thank you for your consideration of this matter.

                                     Respectfully,

                                     Richard M. Wiener, Esq.

cc: Eric J. Riso, Esq. *(via electronic filing)*