

August 3, 2018

*VIA ELECTRONIC FILING*

The Honorable Karen M. Williams
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      **Re:**    Sean M. Shaw v. Voorhees Township, *et al.*
                Civil Action No. 1:18-cv-02117-NLH-KMW

Dear Magistrate Judge Williams:

    I represent the plaintiff in this case which is scheduled for a telephone status conference with Your Honor on August 14, 2018. With the consent of defense counsel, Eric Riso, Esq., I am hereby respectfully requesting that the August 14th status conference be converted to an in-person settlement conference with Your Honor.

    Thank you for your consideration of this request.

                                          Respectfully,

                                          Richard M. Wiener, Esq.

cc: Eric J. Riso, Esq. *(via electronic filing)*