PLATT & RISO, P.C.
40 Berlin Avenue
Stratford, New Jersey 08084
(856) 784-8500
Attorney for Defendants, Voorhees Township, Voorhees Township Police Department,
Police Officer Kevin Branagan and Police Officer Michael J. Hagner

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN M. SHAW, | Camden Vicinage |
| Plaintiff | Civil Action |
| vs. | Docket No. 1:18-cv-02117-NLH-KMW |
| VOORHEES TOWNSHIP, VOORHEES TOWNSHIP POLICE DEPARTMENT, POLICE OFFICER KEVIN BRANAGAN (#3490), POLICE OFFICER MICHAEL J. HAGNER (#34100) and JOHN DOE NOS. 1-10, (Fictitious Names), | STIPULATION OF DISMISSAL AS TO DEFENDANTS, POLICE OFFICER KEVIN BRANAGAN AND POLICE OFFICER MICHAEL J. HAGNER, ONLY |
| Defendants. | |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs as to Defendants, Police Officer Kevin Branagan and Police Officer Michael J. Hagner, ONLY.

PLATT & RISO, P.C.

BY: _____
ERIC J. RISO, ESQUIRE
Attorney for Defendants, Voorhees
Township, Voorhees Township Police
Department, Police Officer Kevin Branagan
and Police Officer Michael J. Hagner

DATED: 10/19/18

LAW OFFICES OF RICHARD M. WIENER, LLC

BY: _____
RICHARD M. WIENER, ESQUIRE
Attorney for Plaintiff, Sean M. Shaw

DATED: 10/17/18