PLATT & RISO, P.C.
40 Berlin Avenue
Stratford, New Jersey 08084
(856) 784-8500
Attorney for Defendants, Voorhees Township, Voorhees Township Police Department,
Police Officer Kevin Branagan and Police Officer Michael J. Hagner

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN M. SHAW,<br><br>    Plaintiff<br>vs.<br><br>VOORHEES TOWNSHIP, VOORHEES TOWNSHIP POLICE DEPARTMENT, POLICE OFFICER KEVIN BRANAGAN (#3490), POLICE OFFICER MICHAEL J. HAGNER (#34100) and JOHN DOE NOS. 1-10, (Fictitious Names),<br><br>    Defendants. | Camden Vicinage<br><br>Civil Action<br><br>Docket No. 1:18-cv-02117-NLH-KMW<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANTS, POLICE OFFICER KEVIN BRANAGAN AND POLICE OFFICER MICHAEL J. HAGNER, ONLY |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs as to Defendants, Police Officer Kevin Branagan and Police Officer Michael J. Hagner, ONLY.

PLATT & RISO, P.C.

BY: _____
ERIC J. RISO, ESQUIRE
Attorney for Defendants, Voorhees
Township, Voorhees Township Police
Department, Police Officer Kevin Branagan
and Police Officer Michael J. Hagner

DATED: 10/19/18

So Ordered this 22nd day of October, 2018
_____
Hon. **Noel L. Hillman**, USDJ

LAW OFFICES OF RICHARD M. WIENER, LLC

BY: _____
RICHARD M. WIENER, ESQUIRE
Attorney for Plaintiff, Sean M. Shaw

DATED: 10/17/18