PLATT & RISO, P.C.
40 Berlin Avenue
Stratford, New Jersey 08084
(856) 784-8500
Attorney for Defendants, Voorhees Township, Voorhees Township Police Department, Police Officer Kevin Branagan and Police Officer Michael J. Hagner

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN M. SHAW,<br><br>Plaintiff<br><br>vs.<br><br>VOORHEES TOWNSHIP, VOORHEES TOWNSHIP POLICE DEPARTMENT, POLICE OFFICER KEVIN BRANAGAN (#3490), POLICE OFFICER MICHAEL J. HAGNER (#34100) and JOHN DOE NOS. 1-10, (Fictitious Names),<br><br>Defendants. | Camden Vicinage<br><br>Civil Action<br><br>Docket No. 1:18-cv-02117-NLH-KMW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any party.

PLATT & RISO, P.C.

So Ordered this 28th day of November, 2018    BY: _____

Hon. Noel L. Hillman, USDJ

ERIC J. RISO, ESQUIRE
Attorney for Defendants, Voorhees Township, Voorhees Township Police Department, Police Officer Kevin Branagan and Police Officer Michael J. Hagner

DATED: 11/27/18

                                                LAW OFFICES OF RICHARD M.
                                                WIENER, LLC

                                           BY: _____
DATED: 11/19/18                  RICHARD M. WIENER, ESQUIRE
                                           Attorney for Plaintiff, Sean M. Shaw